Form 144

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James D Gierlach Sr.**
Debtor(s)

Bankruptcy Case No.: 21−21147−JAD

Chapter: 7
Docket No.: 19

# NOTICE − REMINDER

   Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

   ***CHAPTER 7 CASES* − −** *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: September 7, 2021                                                                    Michael R. Rhodes, Clerk
                                                                                            United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-21147-JAD
James D Gierlach, Sr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: 144 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James D Gierlach, Sr., 146 Frenz Drive, New Castle, PA 16101-1186 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Debtor James D Gierlach  Sr. paula@nypalaw.com, jennie@nypalaw.com;kayann@nypalaw.com |

TOTAL: 5