| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **James D Gierlach Sr.** | Social Security number or ITIN **xxx–xx–4998** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **21–21147–JAD** | | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James D Gierlach Sr.

9/22/21                                                    **By the court:**  <u>Jeffery A. Deller</u>
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21147-JAD |
| James D Gierlach, Sr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 22, 2021 | Form ID: 318 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James D Gierlach, Sr., 146 Frenz Drive, New Castle, PA 16101-1186 |
| 15377285 | + | Amazon/ Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 15377289 | + | FNB Consumer Discount Company, 2052 West State Street, New Castle, PA 16101-1250 |
| 15373631 | | GNC FCU, 201 N Jefferson Street, New Castle, PA 16101 |
| 15377291 | | Internal Med. Assocs of Lawrence County, 125 Enclave Dr, New Castle, PA 16105-3207 |
| 15377299 | + | Tractor Suppy/CBNA, 5800 South Coporate Place, Sioux Falls, SD 57108-5027 |
| 15377301 | + | United Collection Bureau, Inc., PO Box 1418, Maumee, OH 43537-8418 |
| 15377300 | + | United Collection Bureau, Inc., PO Box 1448, Maumee, OH 43537-8448 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 23 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2021 23:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 23 2021 03:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2021 23:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 23 2021 03:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377286 | + | EDI: AMEREXPR.COM | Sep 23 2021 03:03:00 | Amercian Express, PO Box 1270, Newark, NJ 07101-1270 |
| 15377284 | + | EDI: CAPITALONE.COM | Sep 23 2021 03:03:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15373629 | | EDI: DISCOVER.COM | Sep 23 2021 03:03:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15377288 | | Email/Text: data_processing@fin-rec.com | Sep 22 2021 23:00:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 15373630 | + | Email/Text: AmandaM@GNCFCU.COM | Sep 22 2021 23:00:00 | GNC Community Federal Credit Union, 201 South Jefferson Street, New Castle, PA 16101-3823 |
| 15377292 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 22 2021 23:00:00 | Kohl's Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15377293 | | EDI: RMSC.COM | Sep 23 2021 03:03:00 | Lowes Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 15373632 | + | EDI: MID8.COM | Sep 23 2021 03:03:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15377295 | | EDI: MID8.COM | Sep 23 2021 03:03:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 15373633 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 22 2021 23:00:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15377297 | | Email/Text: amieg@stcol.com | Sep 22 2021 23:00:00 | State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15373749 | + | EDI: RMSC.COM | Sep 23 2021 03:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377298 | | EDI: WTRRNBANK.COM | Sep 23 2021 03:03:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 15377303 | | EDI: RMSC.COM | Sep 23 2021 03:03:00 | Value City Furniture/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15377304 | | Email/Text: BKRMailOps@weltman.com | Sep 22 2021 23:00:00 | Weltman Weinberg & Reis Co, PO Box 93784, Cleveland, OH 44101-5784 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15377302 | | UPMC, PO Box 371472, PA 15000-7472 |
| 15377287 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 15377290 | *+ | GNC Community Federal Credit Union, 201 South Jefferson Street, New Castle, PA 16101-3823 |
| 15377294 | *+ | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 15377296 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 22, 2021 | Form ID: 318 | Total Noticed: 26 |

Charles O. Zebley, Jr.
    on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com

Charles O. Zebley, Jr.
    COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com

Maria Miksich
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Paula J. Cialella
    on behalf of Debtor James D Gierlach Sr. paula@nypalaw.com, jennie@nypalaw.com;kayann@nypalaw.com

TOTAL: 5